```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BWP MEDIA USA INC.,
                Plaintiff,

       -against-

ICONIX BRAND GROUP, INC.,
                Defendant.
------------------------------------------------------------- X

13 Civ. 03726 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      This The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

Dated: August 19, 2013
       New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE